1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5
6
7  Gwendolyn Smith, et al.,              Case No.: 3:12-cv-01832-JCS
8           Plaintiffs,                  **ORDER DENYING MOTION TO EXTEND TIME FOR SERVICE AS MOOT [Docket No. 11]**
9      v.
10 Breakthrough International, et al.,
11          Defendants.
12
13     On August 13, 2012, Plaintiffs filed an Ex Parte Motion to Extend Time for Service.
14 Having granted Plaintiff Gwendolyn Smith's application to proceed In Forma Pauperis and having
15 dismissed the Complaint with leave to amend, the Court DENIES this Motion is as moot.
16     IT IS SO ORDERED.
17 Dated: September 25, 2012
18                                          _____
19                                          Joseph C. Spero
                                            United States Magistrate Judge