UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gwendolyn Smith, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>Breakthrough International, et al.,<br><br>    Defendants. | Case No.: 3:12-cv-01832-JCS<br><br>**ORDER DENYING MOTION TO EXTEND TIME FOR SERVICE AS MOOT [Docket No. 11]** |

On August 13, 2012, Plaintiffs filed an Ex Parte Motion to Extend Time for Service. Having granted Plaintiff Gwendolyn Smith's application to proceed In Forma Pauperis and having dismissed the Complaint with leave to amend, the Court DENIES this Motion is as moot.

IT IS SO ORDERED.

Dated: September 25, 2012

_____
Joseph C. Spero
United States Magistrate Judge