UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN SMITH, ET AL., | No. 3: 12-cv-01832 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| BREAKTHROUGH INTERNATIONAL, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on November 2, 2012, before this Court in the above-entitled case. Plaintiffs were not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiffs appear on **November 16, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiffs failure to appear at the case management conference on November 2, 2012, failure to comply with the Court's Order of July 13, 2012, and for failure to prosecute this action. A case management conference is also scheduled for **November 16, 2012, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: November 5, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge