UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WALKER SMITH, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BREAKTHROUGH INTERNATIONAL, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-01832-JST<br><br>**CORRECTED ORDER DIRECTING DEFENDANT TO CONSENT OR DECLINE TO A MAGISTRATE BY APRIL 16 AND ORDERING PLAINTIFFS TO NOTIFY THE COURT IF THEY NO LONGER CONSENT TO A MAGISTRATE** |

　　　　On July 9, 2012, Plaintiffs Gwendolyn Walker Smith and Zeus Harrison Smith ("Plaintiffs") consented to proceed before a United States Magistrate Judge in this case. Dkt. Nos. 8 & 9. In February, the Clerk of Court requested that Defendant Breakthrough International ("Defendant") file a consent or declination to proceed before a Magistrate Judge, but before Defendant's response was due, Magistrate Judge Spero recused himself from this case. Dkt. Nos. 32 & 33.

　　　　The Court hereby orders Defendant to select one of the attached forms documenting its consent or declination to proceed before a Magistrate Judge, and file it with the Court by April 16, 2013. If Plaintiffs no longer consent to proceed before a Magistrate Judge, they are ordered to notify the Court before April 16 that they have withdrawn their consent to proceed before a Magistrate.

　　　　The motion hearing currently scheduled for April 17, 2013 is VACATED. The court will reset the hearing, if necessary, if it appears that the case will continue to proceed before this Court.

/ / /

/ / /

Plaintiff Gwendolyn Walker Smith's motion to reschedule the April 17 hearing, Dkt. No. 43, is therefore denied as moot.

**IT IS SO ORDERED**.

Dated: April 12, 2013

_____
JON S. TIGAR
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WALKER SMITH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BREAKTHROUGH INTERNATIONAL, et al.,<br><br>    Defendants. | Case No.  12-cv-01832-JST<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____

Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GWENDOLYN WALKER SMITH, et al.,

    Plaintiffs,

v.

BREAKTHROUGH INTERNATIONAL, et al.,

    Defendants.

Case No. 12-cv-01832-JST

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**

DECLINATION TO PROCEED BEFORE A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition.

Dated: _____

_____
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")